7 F.3d 225
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Kurt Steven MATLOCK, Plaintiff-Appellant,
v.
S. R. PHILLIPS; Anthony B. Deel; Richard C. Massey,
Defendants-Appellees.
 No. 93-6715.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: August 20, 1993.
Decided: September 22, 1993.
 
 Appeal from the United States District Court for the Western District of Virginia, at Roanoke.
 Kurt Steven Matlock, Appellant Pro Se.
 Robert Harkness Herring, Jr., Assistant Attorney General, for Appellees.
 W.D.Va.
 AFFIRMED.
 Before WILKINS and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 OPINION
 
 1
 Kurt Steven Matlock appeals from the magistrate judge's order denying relief under 42 U.S.C. § 1983 (1988).* Our review of the record and the magistrate judge's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the magistrate judge. Matlock v. Phillips, No. CA-92-658-R (W.D. Va. June 23, 1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED
 
 
 *
 The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (1988)